HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE SECRETARY FOR JUSTICE OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION OF THE PEOPLE'S REPUBLIC OF CHINA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEUNG WING SHU OR SHUE aka WILSON W. CHEUNG and WILSON WINGSHU CHEUNG; CHEUNG YUEN WAH, MABLE aka MABLE YUEN WAH CHEUNG, aka MABLE CHEUNG, aka MABLE W. CHEUNG, aka MABLE TSANG,<br><br>Defendant. | CIVIL ACTION NO. 09-CV-00682 MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that the above-entitled matter be dismissed as to all claims relating to all parties, with prejudice and without an award of attorneys fees or costs to any party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
09-cv-00682 MJP

**DORSEY & WHITNEY LLP**
U.S. BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
PHONE: (206) 903-8800
Fax: (206) 903-8820

DATED this 27th day of October 2009.

              DORSEY & WHITNEY LLP

              */s/ Robert M. Crowley*
              Peter S. Ehrlichman, WSBA #6591
              Robert M. Crowley, WSBA #37953
              1420 – 5th Avenue, Suite 2400
              Seattle, WA 98101
              (206) 903-8800
              (206) 903-8820 FAX

              Attorneys for Plaintiff The Secretary For Justice Of The Hong Kong Special Administrative Region Of The People's Republic Of China

              HARRIS & MOURE, PLLC

              */s/ Daniel P. Harris (per verbal authority)*
              Daniel P. Harris, WSBA #16778
              Nadja Vietz, WSBA #38605
              600 Stewart Street, Suite 1200
              Seattle, WA 98101
              (206) 224-5657
              (206) 224-5659 FAX

              Attorneys for Defendants

STIPULATION AND PROPOSED ORDER OF
DISMISSAL WITH PREJUDICE - 2
09-cv-00682 MJP

**DORSEY & WHITNEY LLP**
U.S. BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
PHONE: (206) 903-8800
Fax: (206) 903-8820

# PROPOSED ORDER

Based on the foregoing Stipulation, the Court hereby ORDERS that this matter be dismissed with prejudice. It is further ORDERED that the Clerk remove all dates related to this matter from docketing.

DATED this 28th day of October, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

DORSEY & WHITNEY LLP

*/s/ Robert M. Crowley*
Peter S. Ehrlichman, WSBA #6591
Robert M. Crowley, WSBA #37953
1420 – 5th Avenue, Suite 2400
Seattle, WA 98101
(206) 903-8800
(206) 903-8820 FAX

Attorneys for Plaintiff The Secretary For Justice Of The Hong Kong Special Administrative Region Of The People's Republic Of China

STIPULATION AND PROPOSED ORDER OF
DISMISSAL WITH PREJUDICE - 3
09-cv-00682 MJP

**DORSEY & WHITNEY LLP**
U.S. BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
PHONE: (206) 903-8800
Fax: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Daniel P. Harris
Nadja Vietz
Harris & Moure, PLLC
600 Stewart Street, Suite 1200
Seattle, WA 98101
(206) 224-5657
(206) 224-5659 FAX

DATED this 27th day of October 2009

                              */s/ Michelle F. Hall*
                              Michelle F. Hall

STIPULATION AND PROPOSED ORDER OF
DISMISSAL WITH PREJUDICE - 4
09-cv-00682 MJP

**DORSEY & WHITNEY LLP**
U.S. BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
PHONE: (206) 903-8800
Fax: (206) 903-8820